HANNAH C. SPENCER, Respondent, *v.* ORDER OF THE
GOLDEN SEAL, Appellant.

*Spencer* v. *Order of the Golden Seal*, 145 App. Div. —, appeal
dismissed.
(Submitted May 29, 1911; decided June 6, 1911.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the third
judicial department, entered May 10, 1911, which affirmed
a judgment of the Chemung County Court affirming a
judgment of the City Court of Elmira in favor of
plaintiff.

The motion was made upon the grounds that the action
was commenced in a court of inferior jurisdiction, was,

therefore, not appealable of right to the Court of Appeals and that permission to appeal had not been obtained.

*Thomas M. Losie* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs, and ten dollars costs of motion.